# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
701 Broadway Suite 200
Nashville Tn 37203

MATTHEW T. LOUGHNEY, CLERK             615.736.5590

February 11, 2014

Scott D Johannessen
3200 West End Ave Ste 500
Nashville, TN 37203

      Re: Leipzig Living Trust
         C/O Kirk Leipzig
         Bankruptcy Case No. 3:14-bk-00953-RSM-11

Dear Mr. Johannessen:

     Bankruptcy Rules 1010 and 7004, which govern service of the summons in an involuntary case, incorporate certain subparts of Rule 4, F. R. C. P. including the provision that the Clerk will issue the involuntary summons and deliver it to the attorney for service. Accordingly, we have enclosed the summons for the referenced case for you to serve in accordance with the applicable rules. Once you have completed service, please file a certificate of service with this office.

     The summons is valid for fourteen (14) days following issuance. If you cannot complete service within fourteen (14) days and need the summons to be reissued, please file your request in writing to the attention of the undersigned.

     If we can be of further service, please do not hesitate to call.

                           MATTHEW T. LOUGHNEY, CLERK

                           By: /s/ Tina Smith
                               Deputy Clerk
                               695-4203